# United States District Court
## WESTERN DISTRICT OF MISSOURI
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | COUNT ONE:  Felon in Possession of a Firearm |
| | 18 U.S.C. §§ 922(g)(1) and 924(a)(2) |
| v. | NMT 10 years' imprisonment |
| | NMT $250,000 fine |
| RICHARD L. MORSE | NMT 3 years' supervised release |
| [DOB:  01/22/1978], | Class C felony |
| | |
| | $100 Mandatory Special Assessment Each Count |

## CRIMINAL COMPLAINT

**Case Number:** 19-MJ-00132-JTM (LMC)

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

### COUNT ONE

On or about August 07, 2019, in the Western District of Missouri, the defendant, RICHARD L. MORSE, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed firearms, to wit a Taurus Model PT92AF, 9mm semi-automatic handgun Serial Number TGM04035 and a Stevens, Model 320, 12 gauge shotgun bearing Serial Number 132135J, and the firearms were in and affecting commerce.  All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2)

I further state that I am Detective Frank Rorabaugh of the Kansas City Police Department and that this complaint is based on the following facts:

(See attached Affidavit)

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No.

_____
Frank Rorabaugh, Detective
Kansas City Police Department

Sworn to before me and subscribed in my presence,

August 8, 2019                          at     Kansas City, Missouri
Date                                                    City and State

Lajuana M. Counts, United States Magistrate Judge
Name and Title of Judicial Officer            Signature of Judicial Officer

