# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | 4:19-0282-01-CR-DGK |
| v. | ) | |
| | ) | |
| RICHARD L. MORSE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION CONCERNING DEFENDANT'S COMPETENCY

On October 16, 2019, the Court ordered Defendant to undergo a competency evaluation. Defendant was examined at the Federal Medical Center, Fort Worth, in Fort Worth, Texas, by Leticia Armstrong, Psy.D, Licensed Psychologist. Dr. Armstrong filed a report (Doc. 22) on January 14, 2020, opining Defendant is competent to proceed.

On January 23, 2020, Magistrate Judge John T. Maughmer held a competency hearing and issued a report and recommendation finding Defendant is competent to proceed. Neither party objected to the report and recommendation.

After making an independent review of the record, it is

ORDERED that the Report and Recommendation of Magistrate Judge John T. Maughmer is adopted in its entirety, and this court finds that Defendant is competent. It is further

ORDERED that, pursuant to 18 U.S.C. §§ 3161(h)(1)(A) and (h)(4), the time between October 16, 2019, and the date of this order is excluded in computing the time within which the trial of this criminal action must commence.

**IT IS SO ORDERED.**

Date:  March 5, 2020  /s/ Greg Kays
GREG KAYS, JUDGE
UNITED STATES DISTRICT COURT